

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2017

No. 04-17-00223-CV

Maria Lidia **GONZALEZ** et al,
Appellants

v.

Estate of Idelfonso **RAMIREZ**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6215
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The second motion for extension of time to file stipulated record is hereby GRANTED.
Time is extended to November 28, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 28th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court